UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATHY BLANK<br><br>               Plaintiff,<br><br>v.<br><br>BOARD OF EDUCATION OF THE<br>CITY OF PATTERSON<br><br>               Defendants. | Civil Action No. 07-2995 (PGS)<br><br>**ORDER VACATING ENTRY OF DEFAULT AS TO DEFENDANT, BOARD OF EDUCATION OF THE CITY OF PATERSON** |

      **WHEREAS**, defendant has presented good cause why the entry of default against it should be vacated,

      **NOW THEREFORE**, it is on this 24th day of September, 2008

      **ORDERED** that the default entered by the Clerk of the Court on October 18, 2007, as to defendant, Board of Education of the City of Paterson, be and hereby is vacated; and it is further

      **ORDERED** that defendant, Board of Education of the City of Paterson, must file its Answer to Plaintiff's Complaint within twenty (20) days of the date of this order.

                                                                                     PETER G. SHERIDAN, U.S.D.J.

September 24, 2008