October 16, 2009

*Telephone conference scheduled for 10/29/09 at 10:00am.*

*SO ORDERED: [signature]*

*DATED: 10/22/09*

**Regular Mail**
Hon. Peter G. Sheridan, J.S.C.
Martin Luther King, JR.
Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  **Blank v. Board of Education of the City of Paterson**
     **Case No.: 2:07-cv-2995**

Dear Judge Sheridan:

Please be advised that this office represents Plaintiffs in the above captioned matter. We are requesting an adjournment of the Telephone Status Conference which is currently scheduled to be heard by your Honor on October 23, 2009, as I will be away on vacation the week of October 19th. We request that this telephone conference be rescheduled for another date.

Also, please be advised that we have consent of our adversary, Cynthia L. Sladecek, Esq. for this request.

Respectfully submitted,

Christine Carey Lilore, Esq.

CCL/c.f.
cc:   Ms. Blank-(regular mail)
      John Michael Bowens- electronically mailed to (jmb@spsk.com)
      Carol R. Smeltzer- electronically mailed to (cls@spsk.com)